

Attorney Joshua M. Greatsinger (920) 645-6231 | jgreatsinger@mgwlawwi.com
Sarah Endries (920) 645-6224 | sendries@mgwlawwi.com

December 7, 2021

**VIA EFILING**

Honorable William C. Griesbach
US District Court Eastern District
125 S Jefferson Street
Green Bay, WI 54301-4500

**RE:** Weinfurter et al v. The Hillman Medical Plan et al.
Eastern District of Wisconsin Case No. 21-CV-509

Dear Judge Griesbach:

I am pleased to report that the above-captioned case recently settled. Closing documents will be filed in the next couple of weeks.

Thank you for your time and attention.

                Respectfully,

                MAYER, GRAFF & WALLACE LLP

                s/ Joshua M. Greatsinger

                By: Joshua M. Greatsinger

JMG:se
cc:    Attorney Kadee J. Anderson (via efiling)

 920-683-5800 | Fax: 1-800-465-1031     mgwlawwi.com     1425 Memorial Dr, Ste B Manitowoc, WI 54220

John F. Mayer | Ryan R. Graff | Justin F. Wallace | Joshua M. Greatsinger
Katherine T. Mayer | Travis L. Yang | Ty Sessums

Case 1:21-cv-00509-WCG    Filed 12/07/21    Page 1 of 1    Document 18