UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SARA WEINFURTER, et al.,

    Plaintiffs,

v.                                          Case No. 21-C-509

THE HILLMAN MEDICAL PLAN, et al.,

    Defendants.

## ORDER

On December 7, 2021, Plaintiff's counsel filed a letter indicating that the parties had reached a settlement in this matter. The Court entered an order on December 8, 2021 directing counsel to file a motion to dismiss the case or a stipulation of dismissal within 30 days, unless counsel requested additional time in writing. To date, counsel has neither filed a motion for an extension of time nor filed a stipulation of dismissal. Accordingly, this case is dismissed.

**SO ORDERED** at Green Bay, Wisconsin this 21st day of January, 2022.

                                                       s/ William C. Griesbach
                                                       William C. Griesbach
                                                       United States District Judge